# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MI SUK KIM, an individual; HELEN KIM, an individual; and Does 1-10,<br><br>Defendants. | Case No.: CV 21-7002-DMG (JPRx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [39]** |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and good cause appearing,

IT IS ORDERED THAT:

Plaintiff Eric Cleveland's action against Defendants Mi Suk Kim and Helen Kim, is dismissed with prejudice.  Each party will be responsible for its own fees and costs.

DATED:  May 27, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE